McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. HERRON,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIV-S-04-0964 DFL CMK PS<br><br>STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the ALJ will be directed to conduct a de novo hearing.

   The ALJ will further be directed to:

   1.   consider the period at issue from the date of the prior reconsideration determination, July 15, 1994, until the date last insured of December 31, 1998;

   2.   obtain any available records from Dr. Merton B. May, documenting the efforts to obtain these records in the administrative record;

   3.   evaluate all the medical opinion evidence, including the evidence from Dr. M. Mehrkhast, providing specific rationale in the decision for the weight given the medical opinion evidence, supported by the evidence in the case

1

        record, as required by 20 C.F.R. § 416.927, SSR 96-2p, and SSR 96-6p;

4.     evaluate Plaintiff's credibility, providing rationale explaining the specific reasons for the finding on credibility, supported by evidence in the case record, as required by 20 C.F.R. § 404.1529 and SSR 96-7p; and

5.     obtain psychiatric medical expert testimony.

It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 6, 2005          */s/ Bess M. Brewer*
                                        BESS M/ BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff

DATED: April 8, 2005          McGREGOR W. SCOTT
                                        United States Attorney

                               By: */s/ Bobbie J. Montoya*
                                        BOBBIE J. MONTOYA
                                        Assistant U. S. Attorney

                                        Attorneys for Defendant

OF COUNSEL:

DEANA ERTL-LOMBARDI
Chief Counsel, Region VIII

WAYNE M. STANLEY
Assistant Regional Counsel

United States Social
  Security Administration

RE:     JERRY J. HERRON v. JO ANNE B. BARNHART, Civ-S-04-0964 DFL CMK PS, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700

 5  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. HERRON,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIV-S-04-0964 DFL CMK PS<br><br>ORDER REMANDING THE CASE<br>AND DIRECTING THE CLERK TO<br>ENTER JUDGMENT |

    Good cause appearing, <u>HERRON v. Barnhart</u>, Civ-S-04-0964 DFL CMK PS, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision relative to the claim herein is vacated. The Clerk is directed to enter Judgment.

    SO ORDERED.

DATED: 4/14/2005                          /s/ David F. Levi
                                                    DAVID F. LEVI
                                                    UNITED STATES DISTRICT JUDGE