IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. HERRON,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>         Defendant. | CASE NO. 2:04-CV-00964-DFL-CMK PS<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

   Pursuant to the stipulation of the parties, electronically filed *June 20, 2005*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, the request is hereby APPROVED.

   Defendant shall file her response on or before June 27, 2005.

   SO ORDERED.

DATED:  June 22, 2005.

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

1