.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY J. HERRON,

      Plaintiff,                              No. CIV S-04-0964 DFL CMK

   vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.                            ORDER

      This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

      On July 11, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Neither party has filed objections to the findings and recommendations.

///
///
///
///
///

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed July 11, 2006, are adopted in full; and
5      2. Plaintiff's motion for an award of fees under the Equal Justice Act, 28 U.S.C. §
6  2412(d), is granted in the amount of $8,763.03.

8  **DATED:** 01/23/2007

9        /s/ David F. Levi
10       U. S. DISTRICT JUDGE