IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. HERRON, | No. CIV S-04-0964-DFL-CMK (Closed) |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |
| JERRY J. HERRON, | No. CIV S-07-0465-EFB |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, has filed an action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

/ / /

1

      Examination of the above-entitled actions reveals that these cases are related within the meaning of Eastern District of California Local Rule 83-123(a).  The court finds that assignment of the matter filed in 2007 to the same judge as the 2004 matter is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  Because the parties have consented to magistrate judge jurisdiction in the 2007 matter, no district judge will be assigned.

      No change to the March 31, 2007, scheduling order is effected by this order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The action denominated as Case No. CIV-S-07-0465-EFB is reassigned to United States Magistrate Judge Craig M. Kellison, who shall be the presiding judge for all further proceedings pursuant to the consent of the parties;

      2. Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV-S-07-0465-CMK; and

      3. The Clerk of the Court is directed to make appropriate adjustment in the assignment of social security cases to compensate for this reassignment.

DATED:  September 24, 2007.

      **CRAIG M. KELLISON**
      UNITED STATES MAGISTRATE JUDGE